DECEMBER 2, 1994

No. 94–6653. NYBERG *v.* RISKA ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

DECEMBER 5, 1994

No. 94–6132. IN RE REIDT. Petition for writ of mandamus dismissed under this Court's Rule 46.

No. 94–6133. IN RE GEURIN. Petition for writ of mandamus dismissed under this Court's Rule 46.

No. —— ——. HOGGARD *v.* PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER;
No. —— ——. LEVARIO *v.* STATE BAR OF TEXAS;
No. —— ——. LORD *v.* DUCKWORTH; and
No. —— ——. VITALE ET UX. *v.* PERFECTION MANAGEMENT CO., INC., ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–1444. IN RE DISBARMENT OF GASPERI. Disbarment entered. [For earlier order herein, see 512 U. S. 1276.]

No. D–1454. IN RE DISBARMENT OF ANTHONY. Disbarment entered. [For earlier order herein, see 512 U. S. 1282.]

No. D–1457. IN RE DISBARMENT OF GERLIN. Disbarment entered. [For earlier order herein, see 512 U. S. 1285.]

No. D–1460. IN RE DISBARMENT OF FRIEDMAN. Disbarment entered. [For earlier order herein, see *ante,* p. 803.]

No. D–1469. IN RE DISBARMENT OF BONETA. It is ordered that Philip L. Boneta, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.